IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. S. STANLEY YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Civil Docket No. 21-cv-2623-TJK |

**JOINT MOTION FOR BRIEFING SCHEDULE**

The parties respectfully move the Court to establish a briefing schedule for Plaintiff's forthcoming motion for a preliminary injunction or, in the alternative, for expedited partial summary judgment and Defendants' cross-motion for partial summary judgment. In support of this motion, the parties submit the following:

1. On October 7, 2021, Plaintiff filed a complaint challenging the Environmental Protection Agency's ("EPA") decision to reconstitute the membership of two federal advisory committees: the Science Advisory Board ("Board") and the Clean Air Scientific Advisory Committee ("Committee"). The Office of the United States Attorney for the District of Columbia was served a copy of the complaint and summonses on October 8, 2021.

2. Plaintiff alleges that EPA's reconstitution of the Board and the Committee violated the Federal Advisory Committee Act ("FACA"), the Administrative Procedure Act, and FACA's implementing regulations. Plaintiff seeks, among other things, a preliminary and permanent injunction and writs of mandamus barring the Board, the Committee, and their respective Chairs from conducting any committee activities "until the relevant committee is lawfully constituted." *See* Compl. Prayer for Relief.

3. Plaintiff's counsel has advised Defendants that Plaintiff intends to file a motion for a preliminary injunction or, in the alternative, for expedited partial summary judgment on Counts V through VIII of the complaint, which concern EPA's reconstitution of the Committee. Plaintiff seeks a ruling on his motion before the Committee meets regarding EPA's reconsideration of particulate matter air quality standards, *see* Compl. ¶ 53, which is currently expected to take place in January or February 2022.

4. The parties have met and conferred regarding a briefing schedule for Plaintiff's anticipated motion and Defendants' anticipated cross-motion. They have agreed to the following schedule:

- **On or before October 22**: Plaintiff's motion for a preliminary injunction or, in the alternative, for expedited partial summary judgment on Counts V through VIII.
- **November 5**: Defendants' combined opposition to Plaintiff's motion and cross-motion for partial summary judgment on Counts V through VIII. Defendants will also provide the administrative record to Plaintiff and file a certified list of its contents by this date.
- **November 15**: Plaintiff's combined reply and opposition to Defendants' cross-motion.
- **November 24**: Defendants' reply in support of their cross-motion.
- Defendants' obligation to answer Plaintiff's complaint will be deferred to 30 days following resolution of the cross-motions.

A proposed order reflecting these dates is attached.

5. Plaintiff further requests a hearing at the Court's earliest convenience, *see* Local Civil Rule 65.1(d), and a ruling on Plaintiff's motion before the Committee meets, which, as noted above, is currently expected to take place in January or February 2022. Defendants defer to the Court as to whether to hold a hearing.

Dated: October 18, 2021

/s/ Brett A. Shumate
Brett A. Shumate (D.C. Bar No. 974673)
Joseph P. Falvey (D.C. Bar No. 241247)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ John Robinson
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Counsel for Defendants*

3