**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DR. S. STANLEY YOUNG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Civil Docket No. 21-cv-2623-TJK |

**JOINT APPENDIX OF ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n), the parties submit this appendix containing those portions of the

administrative record that are cited or otherwise relied upon in the briefing on the pending motions.

Dated:  December 8, 2021

/s/ *Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
Stephen J. Kenny (D.C. Bar No. 1027711)
Joseph P. Falvey (D.C. Bar No. 241247)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
bshumate@jonesday.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *John Robinson*
JOHN ROBINSON (D.C. Bar No. 1044072)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Counsel for Defendants*