UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

S. STANLEY YOUNG *et al.*,

    *Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY *et al.*,

    *Defendants*.

Civil Action No. 21-2623 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Plaintiffs' Motion for a Preliminary Injunction, ECF No. 8, is **DENIED**.

The Court reserves judgment in all other respects.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: February 16, 2022