IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S. STANLEY YOUNG, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Defendants*. | No. 1:21-CV-2623-TJK |

## JOINT STATUS REPORT

Pursuant to the Court's Order issued on September 30, 2022, ECF No. 37, the parties have met and conferred and now file this joint status report informing the Court how they wish to proceed in light of the Court's Order and Memorandum Opinion, ECF Nos. 37 & 38.

Plaintiffs intend to file a motion requesting that the Court enter partial final judgment on Counts V–VIII of the amended complaint under Federal Rule of Civil Procedure 54(b), which would permit Plaintiffs to appeal the Court's judgment for Defendants as to those claims, and stay proceedings in this Court related to Counts I–IV pending resolution of the appeal. Defendants will review Plaintiffs' motion and file a response stating their position.

The parties further jointly request that Defendants' obligation to answer Plaintiffs' complaint be deferred pending the resolution of Plaintiffs' forthcoming motion requesting that the Court enter partial final judgment on Counts V–VIII and stay proceedings as to Counts I–IV. In the event that the Court denies Plaintiffs'

motion, the parties will submit a joint status report informing the Court how they wish to proceed on Counts I–IV within 14 days of the Court's order.

Dated: October 21, 2022                    Respectfully submitted,

*/s/ John Robinson*                         */s/ Brett A. Shumate*

John Robinson (D.C. Bar No. 1044072)        Brett A. Shumate (D.C. Bar No. 974673)
U.S. Department of Justice                   Stephen J. Kenny (D.C. Bar No. 1027711)
Civil Division                               Joseph P. Falvey (D.C. Bar No. 241247)
Federal Programs Branch                      JONES DAY
1100 L Street, N.W.                          51 Louisiana Avenue, N.W.
Washington, D.C. 2005                        Washington, D.C. 20001
Telephone: (202) 616-8489                    Telephone: (202) 879-3939

*Counsel for Defendants*                    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, a true and correct copy of the foregoing Joint Status Report was filed using the Court's CM/ECF system, which will serve all counsel of record.

>*/s/ Brett A. Shumate*
>Brett A. Shumate
>
>*Counsel for Plaintiffs*