# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S. STANLEY YOUNG, *et al.*,<br><br>    *Plaintiffs*,<br>  *v.*<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, *et al.*,<br><br>    *Defendants*. | No. 1:21-cv-2623-TJK |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action without prejudice, with each party to bear its own costs and fees.

Dated: September 5, 2024       Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ John J. Robinson*
John J. Robinson
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: 202-616-8489
Email: john.j.robinson@usdoj.gov

*Counsel for Defendants*

*/s/ Brett A. Shumate*
Brett A. Shumate (D.C. Bar No. 974673)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Email: bshumate@jonesday.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and distribution to all registered participants of the CM/ECF system, which will serve all counsel of record.

*/s/ Brett A. Shumate*
Brett A. Shumate

*Counsel for Plaintiffs*
